```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 JUN 12 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CHARLES ROBERT GORTON, )
)
        Petitioner, ) No. EDCV 07-1019 ODW (AJW)
)
    v. )
) ORDER ADOPTING REPORT AND
JAMES TILTON, SECRETARY, ) RECOMMENDATION OF
) MAGISTRATE JUDGE
        Respondents. )
_____)

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: 6/12/'08

_____
Otis D. Wright II
United States District Judge