FILED
CLERK, U.S. DISTRICT COURT
JUN 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHARLES ROBERT GORTON, ) | No. EDCV 07-1019-ODW(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| JAMES TILTON, SECRETARY, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 6/12/'08

_____
Otis D. Wright II
United States District Judge